IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **MARK ROBERTS,** ) | Civil Action No. 7:14-cv-00233 | |
| Petitioner, ) | | |
| ) | | |
| v. ) | **FINAL ORDER** | |
| ) | | |
| **UNITED STATES PAROLE** ) | | |
| **COMMISSION,** ) | By: Hon. Michael F. Urbanski | |
| Respondent. ) | United States District Judge | |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Respondent's motion for summary judgment is **GRANTED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for Respondent.

Entered: June 5, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge