CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 1 2 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARK ROBERTS, )  | Civil Action No. 7:14-cv-00233 | |
|     Petitioner, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| UNITED STATES PAROLE ) | | |
| COMMISSION, et al., ) | By: Hon. Michael F. Urbanski | |
|     Respondents. ) | United States District Judge | |

On June 5, 2015, the court granted respondent United States Parole Commission's (the "Commission") motion for summary judgment concerning Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On June 29, 2015, the court received Petitioner's motion for reconsideration, which it denied on June 30, 2015. Presently before the court is Petitioner's second motion for reconsideration, pursuant to Federal Rule of Civil Procedure 60(b), in which Petitioner re-argues the bases for relief already presented in the habeas petition. A motion for reconsideration that "is nothing more than a request that the district court change its mind" is not authorized. United States v. Williams, 674 F.2d 310, 313 (4th Cir. 1982). Furthermore, Petitioner still fails to establish prejudice arising from the Commission's decision about Petitioner's reparole hearing. Accordingly, Petitioner's second motion for reconsideration is **DENIED**.

    The Clerk shall send a copy of this Order to the parties.

    It is so **ORDERED**.
    ENTER: This _12_ day of August, 2015.

                                        /s/ Michael F. Urbanski
                                           United States District Judge